IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. HOWELL : | |
| (AIS # 260462 ), : | |
| Petitioner, : | |
| v. : | CIVIL ACTION NO. 10-00484-CG-B |
| J.C. GILES, : | |
| Respondent. : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that the Clerk of Court **TRANSFER** this action to the United States District Court for the Middle District of Alabama, the district in which Petitioner was convicted and in which he is incarcerated.

**DONE and ORDERED** this 28th day of November, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE